E-filing

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6996
7  FAX: (415) 436-6748

8  Attorneys for Plaintiff

**FILED**

JAN 2 6 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9  STEWART WEINBERG (CSBN 031493)
   WEINBERG, ROGER & ROSENFELD
10 A Professional Corporation
   1001 Marina Village Parkway, Suite 200
11 Alameda, CA 94501
   Telephone: (510) 337-1001
12 Fax: (510) 337-1023

13 Attorneys for Defendant

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                      SAN FRANCISCO DIVISION
17

18 ELAINE L. CHAO, Secretary of Labor,      )   No. C 05-2991 MJJ
   United States Department of Labor,       )
19                                          )   **CONSENT DECREE AND**
        Plaintiff,                          )   [PROPOSED] **ORDER**
20                                          )
        v.                                  )
21                                          )
   OPTICAL WORKERS UNIT, SERVICE            )
22 EMPLOYEES INTERNATIONAL UNION,)
   LOCAL 535, AFL-CIO,                      )
23                                          )
        Defendant.                          )
24 _____ )

25      WHEREAS, on July 22, 2005, plaintiff Elaine L. Chao, Secretary of Labor ("plaintiff" or the

26 "Secretary") commenced this civil action pursuant to Title IV of the Labor Management

27 Reporting and Disclosure Act of 1959, 29 U.S.C. § 401 et seq. (the "Act"), seeking a judgment

28 declaring defendant's December 30-31, 2004 election for the offices of President, Secretary,

   CONSENT ORDER AND JUDGMENT
   No. C 05-2991 MJJ

1  Treasurer, Executive Board, and State Delegate, as null and void, directing defendant to conduct
2  new nominations and a new election for these offices under plaintiff's supervision, and for other
3  appropriate relief.

4      WHEREAS, the parties desire to settle this action, and therefore consent to the entry by the
5  Court of the following provisions as an order in this action.

6      NOW, on the joint application of all parties, it is hereby STIPULATED, CONSENTED TO,
7  and AGREED that:

8      1. Defendant shall conduct new nominations and a new election for the offices of President,
9  Secretary, Treasurer, Executive Board, and State Delegate, under the supervision of the plaintiff
10  and her agents, pursuant to the provisions of Title IV of the Act and, insofar as is lawful and
11  practicable, in accordance with Defendant's constitution and by-laws. Said election shall be
12  completed and the votes tallied within 120 days of the date that this Consent Decree is so ordered
13  by the Court.

14      2. Plaintiff shall supervise the nominations and entire election for the offices of President,
15  Secretary, Treasurer, Executive Board, and State Delegate, and shall supervise any action
16  necessary to implement the election procedures. Defendant will not take any action to implement
17  the election procedures without the approval or authorization of the plaintiff. This authority will
18  remain in effect until the date of entry of Judgment by the Court after it has received certification
19  by the Secretary pursuant to Paragraph 6 of this Consent Order.

20      3. All questions of eligibility to vote or run for union office shall be resolved by the plaintiff
21  or her authorized agent. The Secretary shall also resolve any other questions involved in the
22  election, and delegate selection procedures upon which a decision must be made. Said rulings as
23  noted herein shall be in conformity with the defendant's constitution and by-laws insofar as is
24  lawful and practicable.

25      4. The persons currently holding the offices referred to herein may continue to do so until the
26  installation of officers following the supervised election.

27      5. Those persons elected as officers pursuant to the supervised election shall serve the full
28  constitutional term of office of unexpired term provided by the defendant's constitution and by-

CONSENT ORDER AND JUDGMENT
No. C 05-2991 MJJ                    2

1   laws.

2   6. Jurisdiction of this action shall be retained by the Court pending completion of the

3   aforesaid supervised election. After said election, plaintiff will promptly certify to the Court the

4   names of the persons so elected and that said election was conducted in accordance with the

5   provisions of Title IV of the Act and, insofar as is lawful and practicable, in accordance with the

6   defendant's constitution and by-laws.

7   7. Upon approval of such certification, the Court shall enter an order declaring the persons to

8   be the duly elected and certified officers of defendant.

9   8. This Agreement is made without admission or concession by Defendant that the

10  Defendant is a labor organization as defined by 29 U.S.C. § 402(i), and is made by the Defendant

11  solely for the purpose of avoiding the expenses of litigation.

12  9. The parties shall bear their own costs, expenses and legal fees in connection with this

13  action.

14  DATED: January 13, 2006                    KEVIN V. RYAN
                                                United States Attorney
15

16
                                                      /s/
17                                              STEVEN J. SALTIEL
                                                Assistant United States Attorney
18

19

20  DATED: January 16, 2006                    WEINBERG, ROGER & ROSENFELD

21

22
                                                      /s/
23                                              STEWART WEINBERG
                                                Attorney for Defendant
24

25        IT IS SO ORDERED:

26  DATED: / / a b / a o o 5

                                                MARTIN J. JENKINS
27                                              United States District Judge

28

    CONSENT ORDER AND JUDGMENT
    No. C 05-2991 MJJ                          3