KEVIN V. RYAN (CSBN 118321)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6996
FAX: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, ) ) ) Plaintiff, ) ) v. ) ) OPTICAL WORKERS UNIT, SERVICE ) EMPLOYEES INTERNATIONAL UNION, ) LOCAL 535, AFL-CIO, ) ) Defendant. ) ) | No. C 05-2991 MJJ  **[PROPOSED] JUDGMENT** |

Pursuant to paragraphs 5, 6, and 7 of the Consent Decree and Order, filed on January 26, 2006, and the attached Certificate of Election, dated August 23, 2006;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the persons named in the attached Certificate of Election are the duly elected officers of the defendant Optical Workers Unit of the Service Employees International Union, Local 535, to serve for a full constitutional term of office.

\\

\\

\\

[PROPOSED] JUDGMENT
No. C 05-2991 MJJ

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, fees and other expenses incurred by such party in connection with any stage of this proceeding.

DATED:

_____
HON. MARTIN J. JENKINS
United States District Judge