KEVIN V. RYAN (CSBN 118321)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6996
FAX: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---------------------------------------------------------------

ELAINE L. CHAO, Secretary of Labor,           :
United States Department of Labor,            :
                                              :
                    Plaintiff,                :      No. C-05-2991 MJJ
                                              :
          v.                                  :      CERTIFICATION OF ELECTION
                                              :
LOCAL 535, OPTICAL WORKERS UNIT,              :
SERVICE EMPLOYEES INTERNATIONAL UNION,        :
                                              :
                    Defendant.                :

---------------------------------------------------------------

The election having been conducted in the above matter under the supervision of the Secretary of

Labor, United States Department of Labor, pursuant to a Consent Order issued January 26, 2005[6], in the

United States District Court for the Northern District of California, San Francisco Division, in accordance

/

/

/

/

1

with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable. Having received one pre-election complaint that was investigated and resolved concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Sonia Askew | President |
| Jonathan Moore | Secretary |
| No candidates | Treasurer |
| Sonia Minor | State E-Board Delegate |
| Vanessa Hendry | Executive Board Member-at-Large |
| Preston Lasley | Executive Board Member-at-Large |
| Terry Tang | Executive Board Member-at Large |
| Gina Curler | Executive Board Member-at-Large |
| Mike Moniz | Executive Board Member-at-Large |
| Joyce Sandau | Executive Board Member-at-Large |

Attached herewith is a Declaration setting forth the protest concerning a violation which was alleged to occur during the conduct of the election and the finding of any investigation of the protest.

Signed this 23rd day of August, 2006.

Patricia Fox

Patricia Fox, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

2

## DECLARATION OF PATRICIA FOX

I, Patricia Fox, am the Acting Chief, Division of Enforcement, Office of Labor-Management Standards (OLMS), Employment Standards Administration, United States Department of Labor ("Department"). Pursuant to a Consent Decree and Order dated January 26, 2005[6], in the United States District Court for the Northern District of California, San Francisco Division, the Department supervised nominations and election for the Optical Workers Unit of the Service Employees International Union Local 535.

A combined election and nominations notice was mailed to all members on March 3, 2006. Members were informed that nominations could only be made by mail, and that nominations would close on March 20, 2006 at 10:00 a.m.

On March 24, 2006, Mike Moniz, member and steward at the Tracy, California worksite, filed a pre-election protest in which he complained that he did not have an opportunity to nominate himself for executive board-at-large. Moniz stated his notice was misaddressed, and he did not receive it until March 20, 2006, the day nominations closed. The Department investigation established that the union had an incorrect home address for Moniz. Consequently, Moniz did not timely receive the notice of nomination. The investigation further revealed that there was no notice of nomination posted at worksites. Consequently, the Department investigation revealed that Moniz did not have an opportunity to nominate candidates for office in violation of section 401(e) of the LMRDA. 29 U.S.C. § 481(e).

However, the Department investigation revealed that the violation was remedied. As a result of his pre-election protest, Moniz was given the opportunity to nominate candidates. He nominated himself for office and was placed on the ballot. There were no post election protests.

The Department has concluded from its investigation and analysis that no violations occurred during the May 16, 2006 supervised election that have not been remedied. Accordingly, the election held pursuant thereto complied with the District Court's Order and the results of the supervised election are certified.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___23rd___ day of ___August___ 2006, in the City of Washington, District of Columbia.

*Patricia Fox*
_____
Patricia Fox
Acting Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

2