| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 4 | STEVEN J. SALTIEL (CSBN 202292)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6996 |
| 7 | FAX: (415) 436-6748 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor, | ) ) ) | No. C 05-2991 MJJ |
| Plaintiff, | ) ) | [PROPOSED] JUDGMENT |
| v. | ) ) | |
| OPTICAL WORKERS UNIT, SERVICE<br>EMPLOYEES INTERNATIONAL UNION,<br>LOCAL 535, AFL-CIO, | ) ) ) ) | |
| Defendant. | ) ) | |

Pursuant to paragraphs 5, 6, and 7 of the Consent Decree and Order, filed on January 26, 2006, and the attached Certificate of Election, dated August 23, 2006;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the persons named in the attached Certificate of Election are the duly elected officers of the defendant Optical Workers Unit of the Service Employees International Union, Local 535, to serve for a full constitutional term of office.

\\

\\

\\

[PROPOSED] JUDGMENT
No. C 05-2991 MJJ

1   IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, fees and
2   other expenses incurred by such party in connection with any stage of this proceeding.
3   DATED:  9/13/2006

        _____
        HON. MARTIN J. JENKINS
        United States District Judge

[PROPOSED] JUDGMENT
No. C 05-2991 MJJ                    2